IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| HENRYS RENTAL, | * |
|     Plaintiff, | * |
| v. | Case No. 7:22-CV-117 (WLS) |
| | * |
| KAMISHA RAINES, | |
| | * |
|     Defendant. | |
| | * |

# J U D G M E N T

Pursuant to this Court's Order dated November 8, 2022, and for the reasons stated therein, JUDGMENT is hereby entered remanding this case to the Magistrate Court of Lowndes County, Georgia.

This 8th day of November, 2022.

David W. Bunt, Clerk

s/ Kathleen S. Logsdon, Deputy Clerk